AMANDA L. MYERS
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. North, #300
Great Falls, MT 59401
Phone: (406) 771-2022
FAX: (406) 453-9973
Email: Amanda.Myers@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED

MAR 0 2 2023

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN ALAN ROBBINS, and NICOLE LYNN HICKS,<br><br>Defendants. | CR 23-25 -GF-BMM<br><br>INDICTMENT<br><br>ROBBERY<br>Title 18 U.S.C. §§ 1152, 2111, 2<br>(Count 1)<br>(Penalty: Fifteen years of imprisonment, $250,000 fine, and not more than three years of supervised release)<br><br>ASSAULT WITH INTENT TO COMMIT A FELONY<br>Title 18 U.S.C. §§ 1152, 113(a)(2), 2<br>(Count 2)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and not more than three years of supervised release) |

1

Case 2:23-mj-03004-WJE   Document 1   Filed 03/29/23   Page 1 of 4

| | INTIMIDATION<br>Title 18 U.S.C. §§ 1152, 2<br>Mont. Code Ann. § 45-5-203<br>(Count 3)<br>(Penalty: Ten years of imprisonment, $50,000 fine, and not more than three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT 1

That on or about November 1, 2021, near Lodge Pole, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendants, DUSTIN ALAN ROBBINS and NICOLE LYNN HICKS, by force and violence, and by intimidation, took, and attempted to take, from the person and presence of Jane Doe 1, an Indian person, anything of value, that is a pack of beer, and aided and abetted the same, in violation of 18 U.S.C. §§ 1152, 2111, and 2.

## COUNT 2

That on or about November 1, 2021, near Lodge Pole, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendants, DUSTIN ALAN ROBBINS and NICOLE LYNN HICKS, intentionally assaulted Jane Doe 1, an Indian person, with the intent to commit the crimes charged in count 1 above,

and aided and abetted the same, in violation of 18 U.S.C. §§ 1152, 113(a)(2), and 2.

## COUNT 3

That on or about November 1, 2021, near Lodge Pole, within Blaine County, in the State and District of Montana, and within the exterior boundaries of the Fort Belknap Indian Reservation, being Indian Country, the defendants, DUSTIN ALAN ROBBINS and NICOLE LYNN HICKS, knowingly communicated a threat of a pending fire to Jane Doe 1 and Jane Doe 2, both Indian persons, that would endanger life and property, and aided and abetted the same, in violation of 18 U.S.C. §§ 1152, 2, and Mont. Code Ann. § 45-5-203.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

For _____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

3

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT   CASE NO. CR 23-25-GF-BMM

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☒ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: DUSTIN ALAN ROBBINS
Address: Address Unknown

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT — Great Falls Division
DISTRICT OF MONTANA — Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Sherry Knaup, GF USAO
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (406) 761-7715

Name of Asst. U.S. Attorney (if assigned): Amanda L. Myers

☐ Interpreter Required   Dialect: _____

Birth Date: 6/27/1985
☒ Male ☐ Female ☐ Alien (if applicable)

Social Security Number: 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

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI - Havre - Ashlie Shrewsbury

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.
MAG. JUDGE CASE NO.

Place of offense: Lodge Pole   County: Blaine

## DEFENDANT

Issue: ☒ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____
☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____
☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 USC Sec 1152, 2; MCA Sec 45-6-204 | Burglary | ☒ Felony ☐ Misdemeanor |
| 2 | 18 USC Sec 1152, 2111, 2 | Robbery | ☒ Felony ☐ Misdemeanor |
| 3 | 18 USC Sec 1152, 113(a)(2), 2 | Assault w/ Intent to Commit a Felony | ☒ Felony ☐ Misdemeanor |
| 4 | 18 USC Sec 1152, 2; MCA Sec 45-5-203 | Intimidation | ☒ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |